| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293 |
| | rhulteng@littler.com |
| 2 | JOSHUA D. KIENITZ, Bar No. 244903 |
| | jkienitz@littler.com |
| 3 | EMILY E. O'CONNOR, Bar No. 279400 |
| | eoconnor@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 5 | 20th Floor |
| | San Francisco, California 94108.2693 |
| 6 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 7 | |
| 8 | MARK H. PENSKAR, Bar No. 077725 |
| | PACIFIC GAS AND ELECTRIC COMPANY |
| 9 | Law Department |
| | P.O. Box 7442 |
| 10 | San Francisco, CA 94120 |
| | Telephone: 415.972.5672 |
| 11 | Fax No.: 415.973.5520 |
| 12 | Attorneys for Defendant |
| | PACIFIC GAS & ELECTRIC COMPANY |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO ARAQUISTAIN, DAVID PAGE and DOUG GIROUARD, | Case No. C 12-03043 EMC (Alameda Superior Court Case No. RG12627084) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR REMAND** |
| PACIFIC GAS & ELECTRIC COMPANY and DOES 1 through 25, inclusive, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER
FOR REMAND

Plaintiffs IGNACIO ARAQUISTAIN, DAVID PAGE and DOUG GIROUARD (collectively "Plaintiffs") and Defendant PACIFIC GAS AND ELECTRIC COMPANY ("Defendant") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree to the following.

Plaintiffs commenced the above referenced action in the Superior Court of California in the County of Alameda ("State Court") as Case Number RG12627084 on April 24, 2012.

Defendant removed the action to this Court on June 13, 2012, on the basis that it presents a federal question (28 U.S.C. §§ 1331, 1441(b)) under Section 301(a) of the Labor Management Relations Act, 29 U.S.C. §185(a).

Plaintiffs timely informed Defendant that they disputed the existence of federal jurisdiction and intended to file a Motion to Remand. Defendant maintains that federal jurisdiction exists for all of the reasons stated in its Notice of Removal and accompanying papers filed in this Court. However, the Parties desire both (i) an expedited resolution to this litigation and (ii) to avoid the litigation costs associated with a contested Motion to Remand. Accordingly, the Parties jointly request that this Court issue an Order as follows:

1. This case shall be remanded forthwith to State Court for further proceedings.

2. Any hearings and deadlines are taken off calendar in this Court.

3. The Parties shall each bear their own attorney's fees and costs in connection with the removal and this stipulated request for remand, provided that neither party waives the right to seek recoverable fees and costs if that party ultimately prevails on the merits in state court.

**SO STIPULATED.**

Dated: July 23, 2012

/s/ *Robert G. Hulteng*
ROBERT G. HULTENG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER FOR REMAND    2.

1  Dated: July __, 2012

_____
PHILIP C. MONRAD
LEONARD CARDER, LLP
Attorneys for Plaintiffs
IGNACIO ARAQUISTAIN, DAVID PAGE,
DOUG GIROUARD

**SO ORDERED**.

Dated: July __, 2012

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:113277946.1 048517.1040

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER FOR REMAND                    3.